case number 20-3005 united states of america versus alvin gaskins a balance mr hornell for the balance miss kelly for the appellate good morning counsel mr hornell please proceed when you're ready good morning your honors thank you for giving me this opportunity to present this case to you and may it please the court i'd like to start by noting something i didn't include in mr gaskins brief but which is very illustrative of mr gaskins relationship or rather his total lack of relationship to the conspiracy on page 18 of the government's brief about the search of the conspiracy stash house the government wrote quote while island and miller deliberated over whether island should enter the building and speculated about why the police might have been there miller offered to send quote the faggy over which was a reference to a appellant this paragraph was disingenuous because the government failed to note that miller's so-called offer was obviously a joke turning to the transcript miller said quote hey you want me to uh laughs send some unintelligible you want me to send the faggy island that ain't the unintelligible miller laughs you um island oh god while the government's mischaracterization of this care of conversation is suggestive mr excuse me while the government's mischaracterization of this conversation as suggestive of mr gaskins involvement should be admonished the conversation is illustrative why would the suggestion of sending mr gaskins the stash house be so funny to the conspirators well it would be very funny to imagine mr gaskins the guy that miller used to pick his kids up from school and take him to sports practice to suddenly discover a stash house used to cut drugs and count money i mean imagine his reaction i'd like to use my time to highlight a few facts which prove mr gaskins innocence beyond a reasonable uh beyond a preponderance and even beyond a reasonable doubt first in the extensive wiretaps in this case amounting to over 14 000 phone calls frederick miller and the other co-conspirators spoke explicitly and in code with each other about the conspiracy when mr gaskins was on the line they never did this the government has never proffered an explanation for this and i've spent hours trying to figure out why this could be the only reasonable explanation is also the obvious one the conspirators were hiding the conspiracy from mr gaskins that's why it's funny to think of sending him to the stash house they would have no reason to hide this conspiracy from him if he knew about it conspiracy requires agreement and specific intent to further the aims of the conspiracy and neither is possible in the absence of knowledge can i ask a question can i ask a from others what why not have one from him that would put into the record evidence that from him directly that he was not knowledgeable did lack the specific knowledge of the object of the conspiracy didn't have the intent well your honor it was my understanding uh that the law made it very clear that a hearing would be required uh to meet like the concept that the men's the minimums of due process uh so we certainly could submit that affidavit um it seems quite clear to me uh that the judge uh would be simply disregard the affidavits as he disregarded every other affidavit that we submitted um but the reason we didn't submit one is because we assumed that if the motion was uh not uh was not or was denied uh based on the papers that we'd have an opportunity to present that information but we never had that opportunity well i didn't follow the last part but you'd you if the motion was denied you'd have an opportunity to present what information uh we we assumed uh that mr gaskin would have the opportunity to have an evidentiary hearing where he could testify and be under cross examination an affidavit is not a a replacement for live testimony um no it's that that's that's is can be desirable and in a lot of situations but i assume that it's not uncommon at least to have an affidavit in addition to live testimony affirmative evidence sure your honor and and uh you know we would you know if this were remanded and for some reason we're not permitted a hearing we would definitely submit that affidavit um it's in this case it's it's hard to imagine that affidavit moving the needle um given like i said all the other affidavits including an affidavit from an officer of the court being disregarded um you know the so i understand the question i appreciate that and perhaps it was a mistake for me not to include an affidavit in that uh in that motion but nonetheless uh mr gaskins you know has the right to testify and having a you know a testimony tested by cross examination uh in a live setting uh would would be persuasive i think in a way that an affidavit would never capture it and mr gaskins did move for limited discovery and an evidentiary hearing before the district court yes he did you you mentioned in your brief that you didn't something like the summary judgment standard doesn't apply but isn't that exactly what would apply here uh well your honor i would love for this court to apply a summary judgment standard and under a summary judgment standard the court would have had to take all evidence in favor of the uh mr gaskins in this case because he was the one who was uh basically summary judgment was found against him so if the court applied a summary judgment standard uh then uh we would have to have a hearing uh and with with live testimony um because there was uh the the court made credibility determinations based on the affidavits and based on the uh the evidence that was submitted and frankly the court took every inference against mr gaskins which is totally inappropriate in a summary judgment stance so i take it you you agree that abusive discretion is the relevant standard here for district judges failure to rule on the procedural motion seeking an opportunity to to testify and um i don't see why it would be in this case um the you know the abusive discretion standard uh is there for uh you know questions where the well where the court has an opportunity to or where the court the trial court has some sort of special knowledge um in this case the the trial court has no special knowledge of uh uh you know in regards to the uh when it decides everything on the papers right when in in a in a in a i'm sorry i was talking about just to the so the two separate questions one is the merits and one is the propriety or not of the district judge having uh implicitly denied the motion for uh an evidentiary hearing and or limited discovery and it's the latter that i was talking about the district judge's denial of any opportunity to take any discovery and actually put forward evidence would that be a legal question or would that be abusive discretion or a combination well in this case it seems to me to be a legal question um you know the the the judge in in a normal civil case a judge certainly has discretion to uh limit discovery uh when appropriate um so actually let me let me let me correct that in this case or in any case um because a judge has the discretion to uh to limit discovery uh as appropriate etc i would say that that should be reviewed for an abuse of discretion because that is as you said uh you know something that is generally uh committed to the discretion of the of the court um in this case uh you know it is a clearly an abuse of discretion i believe when you have a when you have a no evidentiary hearing and no discovery and then the uh the court makes inferences uh that are you know that are takes the inferences against uh the non-moving party uh and also when the court uh you know makes assumptions about evidence that could be clearly contradicted uh or easily contradicted uh by documents that were specifically identified uh you know we identified specific documents that we know are in the government's possession that we didn't get to see um that are very obviously relevant and there's no excuse uh for the court to deny us access to those and those have to do with those are the documents about the rental of the apartment uh what else uh well we did a foyer request um for the the fbi's files and we got um uh some interviews with fbi agents uh one of them has a paragraph that's entirely blacked out except for the one sentence that um said i think it was i think it said either mr gaskins or the faggy i can't remember we'll take the blame for everything but the whole rest of that paragraph is is blocked out um so uh based on a foyer exemption um and we have no idea what's there but it seems very likely that the rest of that paragraph is is relevant to mr gaskins case on the ultimate merits question about whether the district court was correct in denying the request for a certificate that that is also reviewed for abuse of discretion i thought based on our court's decisions or but it sounded like you were suggesting that we shouldn't review it in this case i don't think it should be because it was decided uh in something analogous to a rule 56 motion for summary judgment um which is generally reviewed de novo um in this case there was no hearing you know none of the factors that would normally uh uh uh counsel for an abuse of discretion review apply here um because it was decided on the papers and this court is just as and so a de novo standard is appropriate if there were a hearing if there had been a hearing a factual hearing this would be akin to a bench trial and then we would be reviewing a district judge's determination of facts and resolution of evidentiary conflicts on the combination of uh clearly erroneous fact finding and or errors of law uh had there been a bench trial i think that makes sense um you know that i haven't looked into that that much because that's just not what happened here uh but i think that uh in the in the case of uh when you when you have a review without a bench trial or without a trial at all uh you should use the same standard review that you'd use in any civil case where there was no trial which is uh de novo mr hono let me ask you something i've been listening to you and you're to me you're ignoring the elephant in the 1950s which every circuit who's had a this very unusual statute has relied on and cited and i don't see how you get over the language uh that ends with the sentence that ends with um whereas here the district judges exercise that discretion we cannot require them so on so forth except perhaps in a case in which the refusal was completely capricious and without rational basis that is an enormous bar to clear and i have not been able to find a case where a plaintiff has been successful in whether i think a couple have been remanded but has been successful in meeting this standard and i find it pretty hard to believe that this is the first case that would clear that bar well your honor i would say a few things first this this case doesn't these cases don't come up very often um they're very rare um so there just hasn't been much opportunity to further develop the law um i mean that particular case had a very to me odd statement where it said that the the circuit court shouldn't be uh or shouldn't force a district judge to sultify himself by certifying an opinion contrary to his belief um to me it's not just contrary to his belief he's the 13th juror and in this case this trial lasted three months the jury was out two weeks that's what they that's how i read his uh the court's language he's the 13th of the district judge is the 13th juror he's heard all this evidence well in this case uh the the judge heard this evidence um and reached a wrong conclusion from it um which was reversed by this um and a very clearly wrong uh opinion from it at least uh judging by this court's previous uh opinion well you do recognize that there's a difference in the in this uh area between not proven and innocent yes of course your honor uh but there's no evidence so in that for example in the order the judge made uh to uh deny uh mr gaskin's motion for acquittal post trial the judge made these sweeping pronouncements that had no basis in reality if i can be frank um and the the the judge for example uh wrote that excuse me um that uh excuse me one that it is quote it is pollutedly clear beyond any doubt the defendant gaskins actions as a logical logistical administrator were not legitimate so when when you have a statement that is that is so sweeping and and so you know completely you know incorrect if you don't mind me saying so uh you know especially given the complete lack absence of any evidence whatsoever the dti dream team investigators was used as a front for the drug ring as was insisted upon again in this opinion uh you know it's it's very difficult to uh to see that uh and say that the judge's uh previously previous opinions uh should be given a deference by this court you this this trial was in 2004 it's 2019 or was 2019 when the judge uh issued his uh order denying the certificate and for it doesn't make sense to assume that the judge is remembering things accurately from a trial 15 years previous um uh you know as opposed to i'll tell you something mr hornell you're talking to somebody who was a district judge for four years over 30 years ago and i had one criminal trial that lasted three weeks the jury was out a long time i remember everything about that trial uh and i i i don't mean to to give any uh disrespect uh of course to to that um but you know in this case the objective evidence by reading the judge's uh opinion in in 2019 uh is that he doesn't remember because he states that that uh that dti was a front for a drug ring and hardly pretended to be otherwise there was no evidence whatsoever in that trial the dti was a front for the drug ring uh there was evidence that the only evidence that could possibly be determined to be that way was the fact that uh mr gaskins arranged the flights when the bigger question that that as i took the district judge uh to be raising is where's the legitimate business and there's very you know your the declarations attempt to fill in that gap um and the brief helpfully points out that investigative firms are not only working for government clients so there might be other clients but you know that the the district judge is looking at a tremendous amount of evidence of illegal drug conspiracy activity and and really saying come on use common sense if there's if the only game in town is the drug conspiracy then you know that's evidence that dti is a front at least that's that's how i understood his reasoning well there's evidence certainly that miller and the other conspirators uh got almost all their money from the drug conspiracy i think that's that's true the question is whether or not miller used dti as a drug front and there's no evidence of that there's only evidence that dti that that miller was involved in the drug conspiracy and that miller had this business dti you know an investigative firm that he was building up on um and the question uh is you know is there any evidence that uh mr gaskins who worked for dti did the taxes etc um knew about this other business and did gas work for the government at the time was he did i pick up he was a that he had some government uh id or he worked for the veterans administration no uh that mr gaskins did yeah um i don't know i don't believe so i think mr gaskins only income at the time uh at least that i know of uh was the modest salary he was drawing from dti um we should also talk about dti right so i would love to have more evidence of dti's legitimacy but i was denied access to any of those documents there are bank statements i haven't been able to see there was uh you know there were there were these uh dti related documents that were seized from miller's apartment uh and miller's aunt's apartment uh that we we should assume those have nothing to do with the drug conspiracy because if they had anything to do with the drug conspiracy they would have gone in with all the rest of the evidence so can i ask you a question about the relationship between the previous opinion that our court handed down in this case and then the certificate proceeding that we're dealing with now is the way that you understand in a relationship that just by virtue of the opinion we rendered last time was that in an in and of itself including the descriptions in it about the evidence was that in and of itself something that would have dictated the issuance of the certificate or something more have to happen thank you um that's a great question i you know as a general rule a a opinion uh overturning a conviction for lack of evidence is is not enough for a certificate of innocence right there has to be more to it i think this court's opinion uh does provide uh enough uh enough of a corrective enough of a statement to to give to to say that it does mandate it right you can't look at a drag net of the size that was put around this drug conspiracy it's very serious very you know deadly drug conspiracy it failed to turn up any evidence whatsoever against mr gaskins and then go on to say well it's probably true that he was involved anyway that's there's nothing but speculation that would would cause that there's no evidence that would actually believe that this the court's opinion uh didn't write there isn't sufficient evidence of mr gaskin's involvement it said there is no evidence of mr gaskin's involvement what about the putting that in the context of the procedural posture which is the to prove something beyond a reasonable doubt and you know the the notion that it's a sort of a term of art is there any evidence sufficient that a reasonable juror could have found beyond a reasonable doubt and you say that once and then every other time in the opinion um you say no evidence no evidence no evidence meaning no evidence that would meet that bar whereas it's a completely different bar in the civil determination of innocence sure i think that you know the way i read the this court's previous opinion um really it to me used much stronger language than was necessary um and there and and you know if we're going to be i i don't believe that we should narrow the opinion or narrow the reading of this uh this you know these cases where we say there's insufficient evidence uh but then try to take every word completely literally an opinion that says that uh you know the 1950s opinion for example that uh the honorable judge henderson had referenced earlier um you know the the language in this court's previous opinion was far far far stronger than would have been necessary uh to just say well there wasn't sufficient evidence this was this was was was too weak to kind of uh to make a finding beyond a reasonable doubt you know that's that's not what's there in that opinion that opinion has uh you know a paragraph which i quoted uh in my brief uh which you know says there is no evidence of it uh that puts him in any conversations about drugs drug money there's no none of the the cooperating witnesses had anything let's let's let's suppose let's suppose that we uh just assume that we disagree with you on that i know you resist that but just assume for arguments purposes that you disagree with that we disagree with you on that and we read it more in the way that judge pillard was suggesting and i don't mean to suggest that judge pillard necessarily reads it that way i'm just saying let's just assume that it's read in that way and through the lens of the beyond the reasonable doubt standard and so that's what our prior opinion stood for then then the opinion itself doesn't do the work to give you an entitlement to a certificate at that point right because the burden is on you to prove something yeah i mean there's there's no doubt that that the burden is on the uh the person seeking the certificate to prove to a preponderance um their innocence i think it's very important to keep in you know the possibility of proving this right there is no there's no way that anybody could ever disprove right their involvement to in a conspiracy right because there there's nobody there during every conversation that person had the only way that that mr gaskins could prove absolutely that he was not involved is to have a had walked around with a camera 24-7 for those years and years and show all the video and say hey look it was never there so we do have to take into account you know the the possibility and what we have is we have this constellation of evidence um and so when you look at that constellation of evidence uh you know regardless of what this court said in its previous opinion when you look at that constellation of evidence it proves i think beyond a reasonable doubt or even beyond a shadow of a doubt that he wasn't involved um you just don't have that kind of investigation and don't turn up any evidence it doesn't make any sense you don't have a you don't have a person who's a minister for administrator for a drug conspiracy as the government uh puts him puts him in here living in a modest apartment with his mother uh for for years and you don't have you know a long set of cooperating witnesses who had every reason to throw mr gaskins under the bus um who were facing you know life in prison none of them had said he had any involvement in that and these aren't this you know these are honorable people right these are these are these are drug conspirators who are you know involved in the violent conspiracy so we have to ask why didn't they say he was involved and i think the only reasonable thing to conclude from that is that he wasn't okay let me let me make sure my colleagues don't have any additional questions for you at this time and we'll give you a little time for rebuttal i don't okay thank you uh mr hornell we'll hear from the government now thank you your honors morning your honors and may it please the court katherine kelly on behalf of the united states your honors in this case the district court properly denied and did not abuse its discretion in refusing to grant uh mr gaskins a certificate of innocence because he failed to establish that he did not commit any of the acts charged um he chose it's important to remember that the burden of proof at this juncture is on appellant to show his actual innocence which is very different as as the court realizes from this court saying that there was insufficient evidence of his guilt in the conspiracy beyond a reasonable doubt um knowing that the burden is on mr gaskins he chose not to submit an affidavit explaining his knowledge and his intent in this situation despite the fact that there's no procedure in the statute or frankly no legal authority that requires either discovery or an evidentiary hearing in a certificate of innocence proceeding the courts are the government is unaware of any such requirements and the few cases that have decided on certificates of innocence indicate that they can be decided on the papers on the trial record um documentary evidence affidavits and so forth that are submitted by the parties um did the um did the government respond um to the motion for an evidentiary hearing i didn't see it in the record i just want to make sure i'm understanding the record correct the government did not your honor wasn't asked to by the courts and my recollection is that the court had um decided without asking the government to to respond so your honor did not miss anything in the record um so the government had no objection it appeared to the request for limited discovery and a hearing and i'm just why would you i mean typically when a party has the burden of proof they also have some opportunity to gather information and or you know have a process for putting that before the court but it's your reading that this is an exceptional situation in which there's no such opportunity my point was your honor is i have not seen any case law that indicates that well the discovery is required or that an evidentiary hearing is um in fact appellant acknowledged in his district court filings at j87 that um the unjust conviction statute does not direct district courts to follow particular procedures in determining whether a petitioner is entitled to a certificate of innocence um it's a little unusual in the in the aftermath of a criminal trial given that mr gaskins received all the required documentation there's been no claim of withheld information in the criminal proceedings here um that he would need additional discovery um and frankly a number of the documents that he cited particularly the the lease agreement and the rental agreement for the staff department um those were publicly available those were were uh trial exhibits um the flight information document was also a trial exhibit um to the extent that he attached to his motion for discovery um an fbi interview with mr miller um it's clear even with the rejected information that it is in fact mr miller who's been spoken to um we have a situation here where although appellant did not bother to submit his own affidavit he did get mr miller to um write an affidavit for him and submit it he certainly was able then to ask mr miller what is it what else did you tell the fbi so so it seems like your position comes down to that in order to have an opportunity i mean one one major difference obviously between the criminal trial and this civil proceeding is that uh mr gaskins would have a reason not to testify in the criminal trial given his fifth amendment right whereas here once he's been acquitted he might want to come forward and testify so it seems like your position is that because he didn't submit his own declaration that cuts off his uh opportunity to be heard in person in a hearing is that your position that if he had submitted a declaration that the district court might have exercised discretion to go forward and hear from him or not but that that evidence would have been in place but that given that he didn't do that he forfeited and he even though he asked for the ability to testify and to get more information that he's forfeited that by not putting a declaration in the record i i think so given given the case law that we have where there it's it's of course appellant's burden to show that he's actually innocent and um in an inchoate crime like conspiracy that's your best evidence what is in mr gaskin's mind when you are seeking um to get money for an unjust conviction and the burden is on you and knowing that the case law does not indicate any sort of requirement for an evidentiary hearing or discovery it really is incumbent on you if you're going to support your burden by preponderance of the evidence to put forth what was in your own mind right well the case law in our circuit is very very sparse indeed the case law nationally is is pretty sparse but you do cite the palungan versus united states case out of the seventh circuit that's right your honor which does seem to support remanding for an evidentiary hearing in this case because there there was a it was the inverse there was a certificate grant but the district court had not yet heard from the former prisoner on his state of mind and there too criminal intent was was key and that was a case of of i think it was exporting defense articles without license and and so why shouldn't we be just as willing to vacate certificate denial for want of the in-person testimony from the very person whose state of mind is critical because appellant has already had that opportunity there was absolutely nothing stopping him from putting his state of mind directly into the record with his own affidavit um i'm of course indulgence i have the pulling in decision here um it was a very narrow question about um i believe the question if i'm understanding it correctly in palungan was about whether or not a particular item which was a rifle scope was considered a defense article under the statute um and there was some question about its classification and whether or not would be evidence allowed from the agency about its classification whether or not it met regulatory criteria um and then if that happened if there was such evidence from the agency and whether or not it met regulatory requirement then as a practical matter defendant could show his actual only by testifying about his knowledge um that's that's different than what we have here where really the whole question before um court to establish his actual innocence is what was in mr gaskin's mind he chose not to tell the court that and there's really no reason to give him a second bite at the apple um i don't see how that distinguishes pulling in which also dealt with what was in the individual's mind whether he was uh you know someone who had reason to believe that the scope was a controlled article or whether it was plausible as i think he claimed that he thought there was some kind of you know embargo to indonesia or something um but the question is the same in the sense of we need to have the district court be able to probe and assess the credibility of the person who's claiming lack of knowledge and you know when you actually have that person on the stand under cross-examination and in mr gaskin's case saying yeah i worked for this this uh miller for a while and you know council could say well you know did surprise you that there did not seem to be very many clients coming and asking for investigative services or you know and i mean isn't that just the kind of thing that were mr gaskins able to testify credibly uh the court would potentially be swayed by and were he not that one would have more confidence in the denial your honor i would just say first that i'm not saying that a court can ever hold an evidentiary hearing certainly but in this case kind of similar to the grub's case in the sixth circuit the defendant chose not to add that to the record and therefore the court properly relied here a lot on the trial evidence to make its decision um appellant chose to put in other affidavits and not his own and i would also note that twice in his pleadings mr gaskin said that he believed he had met the burden to obtain the certificate of innocence on the he thought that the court was going to rule against him that he argued that he should get a hearing and um and the right to discovery um and again it's simply given this case given that the real knowledge is in mr gaskin's head there was no reason for him not to file his own affidavit particularly given the state of the law and the fact that there aren't particular procedural requirements written into the law um let me ask you miss kelly uh nobody's discussed yet the fact that judge lamberth also said there was a failure on this prong about uh neglect or misconduct and he ended by saying although he may have been a interested in and asking you uh about some of the trial evidence we said in our opinion reversing his conviction although there was substantial evidence of the wealth amassed by other conspirators there was no such evidence regarding gaskins to the contrary he lived in a modest apartment with his mother now if we take miller's affidavit in this uh iteration of this case that gaskins notwithstanding he was a gopher insisted that miller uh prove that this investigative agency um was on the up and up let's take that so we may have just lost judge henderson's audio i want to make sure she was in the middle of a question uh paints a picture of gaskins as all right i'm happy can you hear me i can hear you now we can hear you now judge henderson i think we lost you there for just a minute okay well did you hear me talk about miller's affidavit your honor just started to talk about it but then didn't uh didn't hear all right well mill all right miller painted the picture and i'll i don't know what's wrong with my internet again but uh painted a picture of a gopher being very punctilious to the extent of insisting that he proved that the business was on the up and up uh so my question i guess from the trial evidence is this substantial evidence of the wealth amassed by the other conspirators is it reasonable for someone like gaskins who made a big deal out of making sure this was a legitimate business to think that that investigative agency would support the lifestyle of his co-conspirators uh your honor i think the fact that mr miller said that mr gaskins essentially required him to prove that dti was a legitimate company really informs the fact that that that shows that mr gaskins was indeed suspicious of dti and if he he's going to the length before he takes a job to ask the person who offers them a job to show that it's a legitimate company that tells you boatloads that he's suspicious um well what about the substantial evidence of the lifestyle of the co-conspirators um have you looked at the trial evidence in that regard i mean what was put in um i recall there were um there was trial evidence about how much money was being obtained you know how much um particularly the heroin was in the you know five figure numbers as far as how much it was worth when it was bagged and so forth i believe there was one um cooperator who was talking about having a lavish lifestyle um but i don't think that it really answers the questions to say mr gaskins got six hundred dollars a week for his input into the conspiracy it's not clear that the fact that he made less than other conspirators for instance means that he was not a participant a knowledgeable and active participant in the conspiracy well what i guess what i'm really asking is this is it reasonable if you assume that uh mr gaskins did all this uh investigation of the agency first and in the face of substantial wealth of all these people he was dealing with he still thought well i'm still suspicious but i'm not going to do anything about it that's the should have known part of the correct your honor and i don't think it's reasonable for him to say that uh i'm seeing this wealth and it doesn't raise my suspicions um particularly when you look at it along with the other evidence he had a drug sale of his own to mr briggs who was a conspirator in this case so this isn't somebody who was a babe in the woods who knew nothing about the drug trade um the nature of the flights that he was booking they were last minute they're short turnaround flights um for mr brown who ultimately was a money mule for less lack of a better word for the conspiracy um he's subscribing to these cell phones which are now claimed to be for dti's business and for mr miller's business but uh it's it's highly unusual for an employer to say you know put the you're gonna you know perhaps you order the business phones but you don't do it in your own name with your own social security number and then just hand them off to the other folks so does it matter i mean it's it's this is a curious position to be in but but let's say you were the district judge and um i just wonder how much the formalities matter you know that the booked were by a as you say a money mule but the drug money there was not from the drug of which mr gaskin was convicted so there's a you know he was convicted of a heroin conspiracy even though the the broader conspiracy the conspiracy charges generally were a number of different drugs but if that you know if brown and i don't remember whether it was pcp or the money coming out of uh that locale wasn't heroin money does that matter um you know how formal like like they're the the evidence that comes the closest to saying mr gaskin might have been putting his head in the sand if if the those close you know implications of come on guy you should be you should be backing out away from these people are not the thing that he was charged with does that prevent him from getting a certificate of innocence or i think you can look at all the evidence and deciding whether or not to grant the certificate of innocence um and and one of the problems under the statute is that he has to show that he did not commit any of the acts charged um and that he didn't by misconduct and neglect cause about cause or bring about his own prosecution so here he was charged with conspiracy to distribute heroin pcp crack and powder cocaine um and it was his neglect at the very least that caused his own prosecution he hit his head in the sand at the very most that's assuming he didn't know already what was going on he had his lease name on the lease for the stash apartment on the rental application there were utilities in his name for that apartment and so forth and the court will recall too that there was a lot of evidence at trial that although um dti was holding itself out as a defense uh investigation agency uh mr kramer from the federal public defender service testified that 90 of the folks who are criminal defendants in dc are cja eligible um and that there were no funds given to dti or any of the conspirators so this this um this line of argument on the neglect prong that wouldn't succeed in the way that the seventh circuit looks at the neglect prong right it it's contingent on looking at the neglect prong in a different way that that's correct your honor and we would um respectfully say that the seventh circuit reads that too narrowly that the the graham court in the fourth circuit got it right that you can look at the evidence at trial and so forth it's just not a matter of yeah and you have to take a material step to for instance i think that case was a making a false confession in order to create your own situation right so we have we have different courts of appeals that look at this prong differently at least as it stands right now one of which would be in your favor and one of which would not on this prong and can i just go to the other prong for one last question the the um and there's one line of the district court's opinion that was interesting to me and this is on page 105 ja 105 at the end of the first full paragraph and this is after having gone through some of the um indications about whether gaskins would have known that he was involved in some an enterprise that had an illegitimate object and the the district court caps off that paragraph by saying the burden of proof belonging to gaskins in this action this argument does not persuade without more affirmative evidence and on the without more affirmative evidence part and i suppose one potential response to that is well there could have been more affirmative evidence if the motion for an evidentiary hearing would have been granted or some discovery would have been allowed or some combination thereof and then you've got your point which you made in your brief and you've reiterated this morning to the effect that well there could have been more affirmative evidence had an affidavit been submitted by mr gaskins and i'm just wondering what we do with that line given that the district court itself seems to contemplate the possibility of more affirmative evidence making a difference i would just read that your honor is saying that mr gaskins did not meet his burden of proof even after saying twice in his pleadings that he thought that he had presented enough evidence to in his pleadings alone to get a certificate of innocence but that's i mean that's an alternative argument i find that a little harsh in the sense that you know he he looks at this opinion which does involve very far-reaching um investigation many many cooperators and if the prosecution really were dotting its i's and crossing its t's it would have had one of those cooperators expound on mr gaskins role that didn't happen right and i you know as i was saying to mr hornell you know the no evidence no evidence has to be taken in the procedural posture but nonetheless there's you know the court of appeals does say no evidence no evidence so first line of argument on their part the the acquittal for insufficient evidence alone is enough second line of defense which the government never opposed is give us an opportunity to collect and put in evidence what's wrong with that just simply that the burden was on him and based on the existing case law there is no clear right to an evidentiary hearing or to discovery um and in addition to that it's simply a matter of when you don't choose to put in evidence then you're you're stuck if you make that decision then that's that um he had the best evidence in his own mind but is that the choice he made when he asked for discovery that's not the choice he made i frankly i just don't see what is going to happen in discovery that is going to show his state of mind um i believe that there's just no way i think mr hornell said this in his own argument a little while ago there's no way to disprove his involvement in the conspiracy so i frankly don't see what's going to happen if you get a show that mr gaskins did not act as a logistical support who was arranging things that were not him touching the drugs for the conspiracy um so i frankly don't see when you look at the items he attached to his motion for discovery um it's stuff that he had at his fingertips already they were mr miller said to the government ask mr miller you got an affidavit from him you certainly know how to to find out what's in mr miller's mind um miss kelly is it not seems like it's possible it's an abuse of discretion for the district judge to not even mention acknowledge or rule on the motion for limited discovery and an evidentiary hearing i think it's just implicit in the court's decision that it that it was denied i don't know that the court needs to mention that um it's it's quite clear that the court denied it um and i'd note one other thing to the mr hornell's mentioned this as being akin to a rule 56 proceeding and it's there's simply no certificate of innocence uh case law that indicates that getting a certificate of innocence is a rule proceeding um there's one court that actually said it i believe it was the abu showish decision in the seventh circuit said it's more like um moving to get your seized property returned to you under criminal rule 41g um but even if you're going to have a rule 56 proceeding um this court said in the pollock decision that if you're claiming to need discovery for summary judgment proceedings you have to put in an affidavit explaining why discovery is needed so once again you have a situation where appellant would have to put in his own affidavit saying this is why i need discovery in this case because frankly in this case he's trying to say i don't know what was in my own head which is of course ridiculous um let me make sure my colleagues don't have additional questions for you uh miss kelly i do have one out of rigsby and that is this this uh very high bar that our court has set um with with the use of the word stultify and if you look at that paragraph the court it doesn't limit it to the presiding judge but it is the presiding judge in that case and there and there are going to be times and i think some of those other cases at least one of them had a district judge reviewing a certificate of innocence who had not been the trial judge but here judge lamberth had been the trial judge and so our court set at least an extremely high bar where the judge had been the trial judge do you um any uh lessening of that if he hadn't been in other words the use of the word stultify i you know you can see the panel saying this trial judge sat through three months uh jury out two weeks uh he listened to all the evidence and uh we're going to say notwithstanding we're reversing it that that it's been reversed we're going to say that he's got to certify that the defendant is in fact innocent and had nothing to do with his prosecution um except and the bar is that we're going to say only if perhaps the trial judge was completely capricious and without rational basis in denying it that's a i don't know that i've ever read a standard of uh review that's that high no it's extremely high in fact if i recall correctly the rigsby court had even questioned for a moment whether or not there could be a pilot review of the denial of the certificate of innocence and then came to the conclusion that it would review for abuse of discretion um as your honor had said earlier the trial judge here was in fact sitting as a 13th juror when he was looking at the certificate of innocence evidence before him um and it was a very lengthy case and and i would also note too that this this is not a case where there's really a concern that the district court has forgotten the facts um i believe mr miller within the last six to nine months was resentenced for a third time in this case so this is this is not a case that went away in 2006 it's it's still living in some manner in the district court today um thank you your honor for all the reasons we've stated and given the particularly the evidence at trial we respectfully request that you affirm the decision of the district court thank you thank you miss kelly uh mr hornell we'll give you two minutes for your rebuttal thank you there's a lot to get through i'll get as fast as i can um let's uh first turn to uh the case abu swalwish versus united states in the seventh circuit um the district court in that case denied a petition for certificate of innocence uh without giving the petitioner an opportunity for the hearing and the circuit reversed and held the court was required to conduct the hearing on the evidence and i note that in my reply brief um it's also as i mentioned in the brief several times a minimum of due process the right to a hearing uh when there's going to be a deprivation of property in this case there's a very severe deprivation of property there's a lot of money we do summary judgment back and forth all the time without a live hearing sure of course but in that case you had you take all the evidence in the favor of the non-moving party which the court did not do in this case um so if we're using that standard then uh then you know you you'd still have to remand um i'd like to talk a little bit about the standard of completely capricious and without rational basis i don't believe that is the standard of review on these cases but even if it is mr gaskins meets that it is completely capricious um to refuse access to um for the government to say that mr gaskins can just ask uh uh mr miller what he said in this interview and then put that into an affidavit that's not credible evidence um that's not going to be accepted by the court um it was completely capricious for the uh district court to say the dti is a front there is no evidence the dti was a front none um the only evidence that is that was mentioned uh which is that they didn't apply for uh cja reimbursement was already called by this court hardly substantial and for to pin an entire uh theory of case on something that this the appeals court has already said is hardly substantial is absolutely capricious um the uh the argument about the substantial wealth of others in the conspiracy i'd like to point out that uh my understanding is that is for the others who are not miller in the conspiracy i believe miller was sort of like a middling figure in the conspiracy um as opposed to the others who did have an awful lot of money um and that's something that needs to be developed at trial with evidence if we're going to talk about these things you're trying to shoehorn it into a short argument at the court of appeals when you didn't get a chance to do the trials is not a fair procedure and not reasonable and not likely to result in uh accurate fact finding um going back to uh the utility and rental agreement uh you know that one of the documents we got through foia that we would not have gotten otherwise was this fbi fingerprint report though the fingerprints of mr gaskins were not found on the rental agreement or the utility bills others people's uh fingerprints were found on those on those bills so i'm not aware mr hornell i think you you've emphasized the desire to have the the case uh reassigned to a different judge but i'm not aware of any case anywhere in country in which a certificate of innocence issue was remanded to a different judge are you um i'm not aware of it again there's so little case law here i wouldn't expect to find that um so we uh by the standards that are typically applied in these cases and when when a district judge has shown resistance to a certain court's very clear corrective uh and made statements a number of statements in his in his opinion which are not factual which are contradicted by the and he shows no interest in hearing from a defendant if you had an open mind if a judge had an open mind a judge would want to hear from that defendant and let that defendant be tested by cross-examination um the defense the judge would it would be interested in seeing this new evidence the fact the judge had no interest in showing that seeing this evidence and writes this opinion which is you know frankly the evidence that was put in but not the evidence that that wasn't so on what authority would we order the district judge to have a hearing rather than simply remand for him to consider the question of how evidence might be amassed i'm sorry i don't understand the question in other words you've asked for us in the alternative to remand for an evidentiary hearing and i guess my question is what's the hearing versus papers um i believe that the well again um uh the seventh circuit uh and abu swamish versus united states did just that um so uh the the district the the circuit courts have an inherent right of supervision over district courts um and uh in this particular case it's it's very clear that the district courts refusal to hold a hearing and refusal to allow access to pointed out we know this evidence exists um we we've attached the redacted copies we suspect there's significant more than we were able to get to the FOIA process but we don't know um the district court or the circuit court can certainly order the district court to follow procedures that comport with due process okay let me let me make sure my colleagues don't have additional questions for you mr hornell before we know okay thank you uh council thank you to both council for your arguments this morning we'll take this case under submission
judges: Srinivasan, Henderson, Pillard